3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 DOREEN M. HENDRICKSON,

        Defendants.
_____/

Case:2:13-cr-20371
Judge: Roberts, Victoria A.
MJ: Michelson, Laurie J.
Filed: 05-14-2013 At 04:05 PM
INDI USA V SEALED MATTER (CMC)

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order sealing the Indictment and arrest warrant in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

> *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed. R. Crim. P. 6(e)(4).

3. The government requests that the Indictment and arrest warrant be sealed because it is concerned that the defendant may attempt to flee, destroy evidence, or intimidate witnesses if the Indictment becomes a matter of public record before the defendant is arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment and arrest warrant.

>Respectfully submitted,
>
>BARBARA L. MCQUADE
>United States Attorney
>
>*/s/ Melissa Siskind*
>MELISSA S. SISKIND
>JEFFREY B. BENDER
>Trial Attorneys
>Department of Justice, Tax Division
>Northern Criminal Enforcement Section

Date: May 14, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1 DOREEN M. HENDRICKSON,

Defendants.
_____/

Case:2:13-cr-20371
Judge: Roberts, Victoria A.
MJ: Michelson, Laurie J.
Filed: 05-14-2013 At 04:05 PM
INDI USA V SEALED MATTER (CMC)

### ORDER TO SEAL INDICTMENT AND ARREST WARRANT

This matter coming before the Court on the government's motion, for the reasons stated in the motion, the motion is granted, and it is hereby ordered that the Indictment and arrest warrant in this case be sealed until further order of the Court.

_____
MARK A. RANDON
United States Magistrate Judge

Date: 5/14/13