UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    No. 13-20371

-vs-                              Hon. Victoria A. Roberts

D-1 DOREEN HENDRICKSON

        Defendant.
_____/

### ORDER TO UNSEAL INDICTMENT AND AMENDED ARREST WARRANT

This matter coming before the Court on the government's motion, for the reasons stated in the motion, the motion is granted, and it is hereby ordered that the Indictment and amended arrest warrant in this case be unsealed.

                                              R. STEVEN WHALEN
                                              *United States Magistrate Judge*

Date: 6/7/13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                No. 13-20371

-vs-                                 Hon. Victoria A. Roberts

D-1 DOREEN HENDRICKSON,

        Defendant.
_____/

**GOVERNMENT'S MOTION AND SUPPORTING BRIEF**
**TO UNSEAL INDICTMENT AND AMENDED ARREST WARRANT**

The United States of America hereby moves for an order unsealing the Indictment and amended arrest warrant in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and amended arrest warrant be unsealed because the defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and amended arrest warrant.

Respectfully submitted,

BARBARA L. MCQUADE
*United States Attorney*

*/s/ Ross I. MacKenzie*
ROSS I. MACKENZIE
*Assistant United States Attorney*
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
phone: 313-226-9680
e-mail: Ross.MacKenzie@usdoj.gov

Date: June 7, 2013