UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,             CRIMINAL NO. 13-20371

vs.                              HONORABLE VICTORIA A. ROBERTS

D-1 DOREEN HENDRICKSON,

        Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

    I, DOREEN HENDRICKSON, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:
    There is no maximum penalty for a violation of this statute. Sentencing will be at the discretion of the trial judge.

*[signature]*
DOREEN HENDRICKSON
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*[signature]*
ANDREW N. WISE
Counsel for Defendant

Dated: 6-11-13