UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs

DOREEN M. HENDRICKSON,

    Defendant.
    _____/

Case No: 13-20371
Hon. Victoria A. Roberts

## ORDER

The Court held a hearing on Defendant's Motion to Allow Self-Representation with Standby Counsel [doc 16] on July 29, 2013. For the reasons stated on the record, the motion is GRANTED. Doreen M. Hendrickson will represent herself with the assistance of standby counsel, Andrew Wise.

    ORDERED.

                                                       S/Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

Dated: July 30, 2013

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 30, 2013.

s/Carol A. Pinegar
Deputy Clerk

---