UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NUMBER: 13-20371
                                     HONORABLE VICTORIA A. ROBERTS

v.

DOREEN HENDRICKSON,

        Defendant.
_____/

## ORDER DENYING DOREEN HENDRICKSON'S MOTION FOR RECONSIDERATION DOC. # 80

On May 30, 2014, the Court entered an Order denying Doreen Hendrickson's motion to dismiss indictment. On June 16, 2014, Hendrickson filed a motion for reconsideration, claiming the Court erred when it declined to grant her motion. The Court **DENIES** Hendrickson's motion.

In its discretion, the Court can grant such a motion if it is demonstrated that a palpable defect misled the Court in its ruling, correction of which would result in a different disposition. E.D. Mich. LR 7.1(h)(3); See E.D. Mich. LCrR 12.1(a) (providing that criminal motions are governed by Local Rule 7.1).

"It is an exception to the norm for the Court to grant a motion for reconsideration." *Maiberger v. City of Livonia*, 724 F. Supp. 2d 759, 780 (E.D. Mich. 2010). "[A]bsent a significant error that changes the outcome of a ruling on a motion, the Court will not provide a party with an opportunity to relitigate issues already decided." *Id.* Palpable defects are those which are "obvious, clear, unmistakable,

1

manifest or plain." *Mich. Dep't of Treasury v. Michalec*, 181 F. Supp. 2d 731, 734 (E.D. Mich. 2002).

Hendrickson's motion presents no papable defect; rather, she presents the same arguments that the Sixth Circuit and this Court have already decided. The motion is DENIED.

**IT IS ORDERED**.

                         /s/ Victoria A. Roberts
                         Victoria A. Roberts
                         United States District Judge

Dated: June 17, 2014

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Doreen Hendrickson by electronic means or U.S. Mail on June 17, 2014.

s/Linda Vertriest
Deputy Clerk

---