UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

JUL 25 2014

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,         CRIMINAL NO. 13-20371

-vs-                    HONORABLE VICTORIA ROBERTS

DOREEN HENDRICKSON,

        Defendant.

_____/

## Verdict Form

As to Count One of the Indictment, Criminal Contempt, we the Jury unanimously find the Defendant Doreen Hendrickson::

Guilty  X                      Not Guilty ____

Date:

25 July 2013

S/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

_____
Foreperson (please print)