November 24, 2014

Judge Victoria A. Roberts
231 W. Lafayette, Room 211
Detroit, MI 48231



Re: Case No. 13-cr-20371

Dear Judge Roberts,

As you are aware through my post-trial motion, I feel that my appointed stand-by counsel, Andrew Wise, compromised both my defense and my Faretta rights.  Though he's generally personable and a nice guy, I no longer have confidence in him.

I contacted Rick Helfrick at the Federal Defenders Office to request his help in resolving the situation.  He advised me to "write the judge and ask her to remove Andrew."  His office can then assign my case to a panel attorney.

Thank you for your attention to this matter.

Sincerely,

Doreen Hendrickson
232 Oriole St.
Commerce Twp., MI 48382
(248) 366-6858


cc: Andrew Wise
    Rick Helfrick
    Melissa Siskind