# Exhibit B

# (Facebook post dated 2/18/13)



**Katie Hendrickson** ▶ **Abolish the IRS**
February 18, 2013 ·

If you really don't like paying income taxes, learning the information on this site could prove HIGHLY useful to you...

http://losthorizons.com/



### Welcome to Lost Horizons
Welcome to Lost Horizons, home of the startling and liberating truth about the income tax.

LOSTHORIZONS.COM

Like · Comment · Share

▬▬▬▬▬▬▬▬▬▬ likes this.

▬▬▬▬▬▬▬▬▬ Thanks for the info Katie!
February 18, 2013 at 9:07pm · Like · 1

▬▬▬▬▬▬▬▬▬ I had forgotten this site even existed.
February 18, 2013 at 9:13pm · Like · 1

**Katie Hendrickson** Haha, no problem. Where'd you hear about it before?
February 18, 2013 at 11:01pm · Like

Write a comment...