# Exhibit F

## (Copy of The Motor City Witchcraft Trial(s))

Note: A hard-copy of the book is being provided to the Court, defendant, and stand-by counsel.  A copy of the book is not being filed on ECF.