UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs

DOREEN HENDRICKSON,

    Defendant.
    _____/

Case No: 13-20371
Hon. Victoria A. Roberts

## ORDER TO STRIKE

Defendant filed a sentencing memorandum [doc 114] and a Motion for Continuance [doc 119] pro se. She is now represented by counsel Mark E. Cedrone. The sentencing memorandum and motion are STRICKEN.

    ORDERED.

                                 S/Victoria A. Roberts
                                 Victoria A. Roberts
                                 United States District Judge

Dated: December 17, 2014

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 17, 2014.

s/Carol A. Pinegar
Deputy Clerk