# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| Plaintiff, | : |
| v. | : Case No. 13-cr-20371 |
| | : Judge Victoria A. Roberts |
| DOREEN HENDRICKSON, | : |
| Defendant. | : |

## DOREEN HENDRICKSON'S RESPONSE IN OPPOSITION TO THE GOVERNMENT'S OCTOBER 12 MOTION FOR WARNING

Doreen Hendrickson Responds to the government's October 12 motion by acknowledging the possibility of the Court treating her October 10, 2017 Motion to Vacate and for other relief as being effectively a motion under 28 U.S.C. § 2255, and the implications thereof, while nonetheless seeing no reason to withdraw or amend her Motion. Therefore, Mrs. Hendrickson opposes the issuance of any warning, which is unnecessary and would simply disrupt the current scheduling order regarding briefing on her pending Motion.

Respectfully submitted this 19th day of October, 2017,

Doreen M. Hendrickson, *in propria persona*
232 Oriole St.
Commerce Twp., MI 48382
(248) 366-6858
doreen@losthorizons.com

# CERTIFICATE OF SERVICE

I hereby certify that this day a true and correct copy of the foregoing RESPONSE was served via U.S. first-class mail upon the following counsel:

>Jeffrey McLellan
>U.S. Department of Justice
>Tax Division
>P. O. Box 972, Ben Franklin Station
>Washington DC, 20044

Dated: 10/19/17

Doreen M. Hendrickson