UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs

DOREEN HENDRICKSON,

    Defendant.

_____/

Case No: 13-20371
Honorable Victoria A. Roberts

## ORDER DENYING MOTION FOR RECONSIDERATION

Defendant Doreen Hendrickson filed a Motion for Reconsideration [Doc. 184].

Defendant's motion presents the same issues already ruled on by the Court. Further, the Defendant has failed to demonstrate a palpable defect by which the Court and the parties have been misled. L.R. 7(g)(3).

For these reasons, the motion is **DENIED**.

**IT IS SO ORDERED**.

    S/ Victoria A. Roberts
    Victoria A. Roberts
    United States District Judge

Dated: January 30, 2018

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Doreen Hendrickson by electronic means or U.S. Mail on January 30, 2018.

s/Linda Vertriest
Deputy Clerk